UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Austin Division

| | |
|---|---|
| ROB PENDERS )<br><br>    Plaintiff, )<br><br>v. )<br><br>MAIN STREET RENEWAL LLC and )<br>THE AMHERST GROUP, LLC )<br>    Defendants. ) | Case No. 1:23-CV-00900-DAE |

**PLAINTIFF'S ADVISORY TO THE COURT ABOUT MOTION FOR CONTINUANCE OF DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Yesterday Plaintiff Rob Penders ("Penders") filed Plaintiff's Motion for Continuance of Deadline to file Response to Defendants' Motion for Summary Judgment. (Dkt. 74)(the "Motion"). As noted in the certificate of conference to the Motion, Penders had not yet received word from Defendants whether they opposed the Motion. Penders hereby notifies the Court that Defendants notified him today that Defendants do not oppose the Motion.

                Respectfully submitted,

                /s/ *Thomas A. Nesbitt*
                Thomas A. Nesbitt
                 State Bar. No. 24007738
                 tnesbitt@dnaustin.com
                DeShazo & Nesbitt, L.L.P.
                809 West Avenue
                Austin, Texas 78701
                Phone: (512) 617-5562
                Fax: (512) 617-5563

                **ATTORNEY FOR PLAINTIFF**
                **ROB PENDERS**

2

## CERTIFICATE OF SERVICE

I certify that, on June 6, 2024, a true and correct copy of this document was served on counsel of record via the Case Management Electronic Case Filing (CM/ECF) System for the U.S. District Court for the Western District of Texas.

                                            */s/ Tom Nesbitt*
                                            Thomas A. Nesbitt