IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROB PENDERS,<br>    Plaintiff,<br><br>v.<br><br>MAIN STREET RENEWAL LLC and<br>THE AMHERST GROUP, LLC,<br>    Defendants. | §<br>§<br>§<br>§   C.A. No. AU-23-CV-00900-DAE-ML<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING MAIN STREET RENEWAL LLC'S AND
THE AMHERST GROUP LLC'S MOTION TO COMPEL THE SETTLEMENT AGREEMENT
BETWEEN PLAINTIFF AND FORMER CO-DEFENDANT SAINT EDWARD'S UNIVERSITY**

On this day came to be heard Defendants Main Street Renewal LLC's ("MSR") and The Amherst Group LLC's (the "Amherst Group") (collectively, "Amherst") Motion to Compel the Settlement Agreement Between Plaintiff Rob Penders ("Penders") and former Co-Defendant Saint Edward's University, Inc. (the "University") ("Motion to Compel"), requesting that the Court enter an order compelling Penders to produce the settlement agreement between Penders and the University.

After having considered the Motion to Compel, all responses thereto, and arguments of counsel for the parties, the Court believes the Motion is meritorious and is sought for good cause, and not for delay, and should be GRANTED. It is therefore,

ORDERED that the Motion is GRANTED, and that Penders is to immediately produce to Amherst the settlement agreement between Penders and the University.

Signed on _____ \_\_\_\_\_, 2025.

_____
Hon. David A. Ezra
United States District Judge

1