UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Rob Penders | § § | |
| vs. | § | NO: AU:23-CV-00900-DAE |
| Main Street Renewal LLC et al. | § § § | |

### ADVISORY TO THE COURT

The undersigned party in the above-captioned cause elects as follows (please only select one of the following options):

[X]  I consent to proceed before a United States Magistrate Judge in accordance with the provisions of 28 U.S.C. § 636, for the sole purpose of conducting the jury selection.

[ ]  I do not consent to proceed before a United States Magistrate Judge for the sole purpose of conducting jury selection.

| Party or Party Represented | Signature of Party/ Attorney | Date |
|---|---|---|
| Main Street Renewal LLC | /s/ | 6/16/25 |
| The Amherst Group, LLC | /s/ | 6/16/25 |

Respectfully submitted,

/s/ *Holly H. Williamson*
**Holly H. Williamson (Attorney-In-Charge)**
State Bar No. 21620100
hwilliamson@hunton.com
HUNTON ANDREWS KURTH LLP
600 Travis St., Suite 4200
Houston, Texas 77002
(713) 220-4200  (Telephone)
(713) 220-4285  (Facsimile)

OF COUNSEL:
**J. Marshall Horton**
State Bar No. 24029095
marshallhorton@hunton.com
HUNTON ANDREWS KURTH LLP
600 Travis St., Suite 4200
Houston, Texas 77002
(713) 220-4200  (Telephone)
(713) 220-4285  (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that, on June 16, 2025, a true and correct copy of this document was served on counsel of record via the Case Management Electronic Case Filing (CM/ECF) System for the U.S. District Court for the Western District of Texas.

/s/ *J. Marshall Horton*
J. Marshall Horton