IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROB PENDERS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | A-23-CV-900-DAE |
| | § | |
| MAIN STREET RENEWAL LLC and | § | |
| THE AMHERST GROUP, LLC, | § | |
|     Defendants. | § | |

## ORDER

Before the court is Plaintiff's Unopposed Motion to Reset Hearing Date (Dkt. 87). The court **GRANTS** the motion and now **SETS** Defendants' Motion to Compel (Dkt. 80) and Non-Party St. Edward's University, Inc.'s Motion for Protective Order (Dkt. 85) for hearing at **9:30 a.m. on July 24, 2025** in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

SIGNED July 7, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE